**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

*In re:*   :   Chapter 11

:   Case Nos. 82 B 11656,
Johns-Manville Corporation, et al.,   :   82 B 11657, 82 B 11660,
:   82 B 11661, 82 B 11665 through
:   82 B 11673 inclusive,
Debtors.   :   82 B 11675, 82 B 11676 (CGM)

---------------------------------------------------------- X

Manville Personal Injury Settlement Trust,
:
Plaintiff   :
:
v.   :   Adv. Pro. No. 15-01296 (CGM)
:
Michael J. Mandelbrot and the Mandelbrot   :
Law Firm,   :
Defendants
---------------------------------------------------------- X

## ORDER DENYING MOTION TO REOPEN

Before the Court is Mandelbrot's[1] request to reopen this adversary proceeding in order to seek sanctions against the Trust. This Court has previously held, in its Memorandum Decision dated March 23, 2016 [Dkt. 77], that Mandelbrot does not have standing to assert claims against the Trust; that decision has not been appealed and is final. For all of the reasons set forth in the Memorandum Decision dated March 23, 2016, Mandelbrot lacks standing to bring these motions; as such it is hereby

**ORDERED** that Mandelbrot's motion to reopen is denied.



**Dated: August 11, 2016**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**

---

[1] Capitalized terms are defined in this Court's Memorandum Decision dated March 23, 2016.